THE TUSCARORA LAND AND IMPROVEMENT COMPANY,
Respondent, v. JOHN C. MILLAR, Individually and as
Executor of POLLY J. MENTZ, Deceased, et al.,
Appellants.

Reported below, 143 App. Div. 955.
(Argued April 24, 1911; decided May 2, 1911.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth judi-
cial department, entered March 14, 1911, affirming a judg-
ment in favor of plaintiff entered upon a decision of the
court on trial at an Equity Term in an action to enjoin the
defendant from impeding and diverting the waters of a
certain creek.

The motion was made upon the ground that the find-
ings of fact had been unanimously affirmed by the Appel-

late Division; that the exceptions were frivolous, and that no question was presented that could be reviewed by the Court of Appeals.

*Martin Clark* for motion.

*August Becker* opposed.

Motion denied, with ten dollars costs.